

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ANTONIO MEJIA RUIZ, | § | No. 08-14-00026-CR |
| Appellant, | § | Appeal from the |
| v. | § | 296th Judicial District Court |
| | § | of Collin County, Texas |
| THE STATE OF TEXAS, | § | (TC# 296-82375-2012) |
| Appellee. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below, in accordance with our opinion. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF MAY, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.